UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case Number: 8:22-cr-330-TPB-UAM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MANUEL DOMINGOS PITA,

    Defendant.

_____/

### UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE A RESPONSE TO THE PSR AND SENTENCING MEMORANDUM

COMES NOW, Defendant, MANUEL DOMINGOS PITA ("Mr. Pita"), by and through undersigned counsel, hereby requests that this Honorable Court extend by seven (7) days the applicable deadline for filing Objections to the Presentence Investigation Report. In support of this request, counsel for Mr. Pita states as follows:

1. The Presentence Investigation Report (PSR) was disclosed to the parties on September 12, 2024.

2. Defense counsel is required to submit objections and sentencing memorandum by September 26, 2024.

3. The sentencing hearing is currently set for October 16, 2024, at 2:00 P.M.

4. Defendant Manuel Pita's primary language is Spanish and has no understanding or fluency in English. In addition, the undersigned counsel does not speak any Spanish. In order to effectively communicate, Mr. Pita and counsel must schedule and use a translator to have

any communication. This language barrier has resulted in significant delays in formulating a response to the PSR.

5. The PSR raises several complex legal issues, which require additional time to consult with Mr. Pita and conduct legal research to formulate an appropriate response.

6. The extension will allow counsel time to resolve conflicted issues with the Assistant United States Attorney and further prepare for the upcoming sentencing hearing.

7. Assistant United States Attorney, Jay Hoffer, has no objection to the defense continuance.

**WHEREFORE**, the undersigned counsel respectfully requests that this Honorable Court extend the applicable deadline to file response to the Presentence Investigation Report by seven (7) days.

DATED this 23 of September, 2024.

Respectfully submitted,

/s/ David W. Macey
David Macey, Esq.
Florida Bar No.:185612
135 San Lorenzo Avenue, PH-830
Coral Gables, FL 33146
Telephone: (305)860-2562
Email: dm@davidmacey.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically on September 23, 2024, to the United States District Court in the Middle District of Florida, Tampa Division through the CM-ECF system, which will send a notice of electronic filing to all parties involved.

By: *s/ David W. Macey*
David W. Macey, Esq.
Florida Bar No.: 185612